584

10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key,* and *Wm. Cutler Thompson* for petitioner. *Messrs. Edwin S. Mack, J. Gilbert Hardgrove, Arthur W. Fairchild, Paul F. Myers,* and *Frederic Sammond* for respondent.

No. 104. BANKERS POCAHONTAS COAL CO. *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 105. STROTHER *v.* SAME. October 10, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Messrs. Wells Goodykoontz* and *Camden R. McAtee* for petitioners. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Whitney North Seymour, Sewall Key, Andrew D. Sharpe,* and *Erwin N. Griswold* for respondent.

No. 177. SORRELLS *v.* UNITED STATES. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted, limited to the question whether the evidence was sufficient to go to the jury upon the issue of entrapment. *Mr. A. Hall Johnston* for petitioner. *Solicitor General Thacher* and *Messrs. Whitney North Seymour, Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 180. BURNET, COMMISSIONER OF INTERNAL REVENUE, *v.* CLARK. October 10, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher* for petitioner.

*Mr. Wm. S. Hammers* for respondent.

No. 234. UNITED STATES *v.* HENRY PRENTISS & Co., INC. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Thacher* for the United States. *Messrs. Joseph F. Murray* and *J. Arthur Mattson* for respondent.

No. 314. FAIRMOUNT GLASS WORKS *v.* CUB FORK COAL Co. ET AL. October 10, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Messrs. Henry H. Hornbrook* and *Paul Y. Davis* for petitioner. *Mr. C. W. Nichols* for respondents.

No. 378. BURNS *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Otto Christensen* for petitioner. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Paul D. Miller, John J. Byrne,* and *W. Marvin Smith* for the United States.

No. 308. UNITED STATES *v.* MEMPHIS COTTON OIL Co. October 17, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Mr. Walter E. Barton* for respondent.

No. 202. THIRD NATIONAL BANK & TRUST Co. ET AL., EXECUTORS, *v.* WHITE, COLLECTOR OF INTERNAL REVENUE.